# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KADE AUGUSTINE,** | NO. SACV 15-00189-SVW (PJW) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| **ERICK HOLDER, et al.,** | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Report recommends that this action be dismissed without prejudice, for failure to prosecute, because Court Orders served upon Petitioner at his docket address of record have been returned as undeliverable. The Court notes that, since the Report issued, the Report and all other Court filings in this case served upon Petitioner were returned as undeliverable, with an indication that Petitioner is "not in custody" (*see* Dkt. Nos. 11-13). Given Petitioner's failure to provide the Court with an updated, current address, the Court has no means of communicating with Petitioner

///

///

      Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) this action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-6; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: May 26, 2015.

                                                  STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE