# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADE AUGUSTINE, | NO. SACV 15-00189-SVW (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| ERICK HOLDER. et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 26, 2015.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE